IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:03-CR-00224-GCM-CH

| UNITED STATES, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| HERMAN LAMARK HUNTER, | |
| Defendant. | |

**THIS MATTER** comes before the Court *sua sponte*. Defendant Herman Lamark Hunter filed a Motion for Reduced Sentence Under the First Step Act of 2018 (ECF Doc. 85) on December 16, 2020. The Court instructs the Government to respond to that Motion within sixty (60) days of entry of this Order.

**SO ORDERED**.

Signed: December 17, 2020

Graham C. Mullen
United States District Judge