IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:03-cr-00224-GCM

| USA | |
|---|---|
| v. | **ORDER** |
| **HERMAN LAMARK HUNTER,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on its own motion. Defendant Herman Lamark Hunter filed a motion for sentence reduction under 18 U.S.C. § 2582 (ECF No. 98). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: March 11, 2024

Graham C. Mullen
United States District Judge